HEATHER E. WILLIAMS, #122664
Federal Defender
NOA EVA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Noa_oren@fd.org

Attorney for Defendant
ROTHEL SATCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ROTHEL SATCHELL<br>Defendant. | Case No. 2:22-cr-00184-JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXLUDE TIME<br><br>Date: December 6, 2022<br>Time: 9:00 a.m.<br>Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Alstyn Bennett, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Noa Oren, attorney for ROTHEL SATCHELL, that the status conference, currently scheduled for December 6, 2022, be continued to January 24, 2023 at 9:00 a.m.

Defense counsel requires time for the continued investigation and review of the produced discovery materials, as well as to confer with her client. The parties therefore request a T4 exclusion of time for defense investigation until January 24, 2023.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including January 24, 2023; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

Dated:  November 28, 2022

                HEATHER E. WILLIAMS
                Federal Defender

                */s/ Noa Oren*
                NOA EVA OREN
                Assistant Federal Defender
                Attorney for Defendant
                ROTHEL SATCHELL

Dated:  November 28, 2022

                PHILLIP A. TALBERT
                United States Attorney

                */s/ Alstyn Bennett*
                ALSTYN BENNETT
                Assistant U.S. Attorney
                Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 24, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the December 6, 2022 status conference shall be continued until January 24, 2023, at 9:00 a.m.

Dated:  November 30, 2022              /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       SENIOR UNITED STATES DISTRICT JUDGE