HEATHER E. WILLIAMS, #122664
Federal Defender
NOA EVA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Noa_oren@fd.org

Attorney for Defendant
ROTHEL SATCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ROTHEL SATCHELL<br>Defendant. | Case No. 2:22-cr-00184-JAM<br><br>UNOPPOSED REQUEST TO SET FOR<br>CHANGE OF PLEA<br><br>Date: April 25, 2023<br>Time: 9:00 a.m.<br>Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Assistant United States Attorney Alstyn Bennett, attorney for Plaintiff and

Federal Defender Heather E. Williams through Assistant Federal Defender Noa Oren, attorney

for ROTHEL SATCHELL, that the status conference, currently scheduled for April 25, 2023, be

advanced and set for a change of plea on April 4, 2023, at 9:00 a.m.

Dated:  March 20, 2023

                                        HEATHER E. WILLIAMS
                                        Federal Defender


                                        /s/ Noa Oren
                                        NOA EVA OREN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROTHEL SATCHELL

1

Dated:  March 20, 2023

2

PHILLIP A. TALBERT
United States Attorney

3

/s/ *Alstyn Bennett*

ALSTYN BENNETT
Assistant U.S. Attorney
Attorney for Plaintiff

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'
stipulation, and good cause appearing therefore, adopts the parties' request and orders the April
25, 2023 status conference **ADVANCED** to **April 4, 2023**, **at 9:00 AM**, and set for a change of
plea.

Dated: March 20, 2023                         /s/ John A. Mendez
                                              _____
                                              THE HONORABLE JOHN A. MENDEZ
                                              SENIOR UNITED STATES DISTRICT JUDGE